**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 343 WAL 2021
:
      Respondent : 
:
: Petition for Allowance of Appeal
: from the **Unpublished**
      v. : **Memorandum and Order** of the
: Superior Court at No. 92 WDA 2020
: entered on August 13, 2021,
GARRETT WILLIAM LUCAS, : **affirming** the Judgment of Sentence
: of the Allegheny County Court of
      Petitioner : Common Pleas at No. CP-02-CR-
: 0001672-2013 entered on
: December 18, 2019


COMMONWEALTH OF PENNSYLVANIA, : No. 344 WAL 2021
:
      Respondent : 
:
: Petition for Allowance of Appeal
: from the **Unpublished**
      v. : **Memorandum and Order** of the
: Superior Court at No. 93 WDA 2020
: entered on August 13, 2021,
GARRETT WILLIAM LUCAS, : **affirming** the Judgment of Sentence
: of the Allegheny County Court of
      Petitioner : Common Pleas at No. CP-02-CR-
: 0014400-2012 entered on
: December 18, 2019


COMMONWEALTH OF PENNSYLVANIA, : No. 345 WAL 2021
:
      Respondent : 
:
: Petition for Allowance of Appeal
: from the **Unpublished**
      v. : **Memorandum and Order** of the
: Superior Court at No. 94 WDA 2020
: entered on August 13, 2021,
GARRETT WILLIAM LUCAS, : **affirming** the Judgment of Sentence
: of the Allegheny County Court of
      Petitioner : Common Pleas at No. CP-02-CR-
: 0001167-2013 entered on
: December 18, 2019

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 346 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 95 WDA 2020 |
| | : | entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : | **affirming** the Judgment of Sentence |
| | : | of the Allegheny County Court of |
| Petitioner | : | Common Pleas at No. CP-02-CR- |
| | : | 0001457-2013 entered on |
| | : | December 18, 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 347 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 96 WDA 2020 |
| | : | entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : | **affirming** the Judgment of Sentence |
| | : | of the Allegheny County Court of |
| Petitioner | : | Common Pleas at No. CP-02-CR- |
| | : | 0001168-2013 entered on |
| | : | December 18, 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 348 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 97 WDA 2020 |
| | : | entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : | **affirming** the Judgment of Sentence |
| | : | of the Allegheny County Court of |
| Petitioner | : | Common Pleas at No. CP-02-CR- |
| | : | 0002432-2013 entered on |
| | : | December 18, 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 349 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | |

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal |
|  | : | from the **Unpublished** |
|  | : | **Memorandum and Order** of the |
|  | : | Superior Court at No. 98 WDA 2020 |
| GARRETT WILLIAM LUCAS, | : | entered on August 13, 2021, |
|  | : | **affirming** the Judgment of Sentence |
| Petitioner | : | of the Allegheny County Court of |
|  | : | Common Pleas at No. CP-02-CR- |
|  | : | 0002467-2013 entered on |
|  | : | December 18, 2019 |

|  |  |  |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 350 WAL 2021 |
|  | : |  |
| Respondent | : |  |
|  | : | Petition for Allowance of Appeal |
|  | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
|  | : | Superior Court at No. 99 WDA 2020 |
|  | : | entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : | **affirming** the Judgment of Sentence |
|  | : | of the Allegheny County Court of |
| Petitioner | : | Common Pleas at No. CP-02-CR- |
|  | : | 0010861-2017 entered on |
|  | : | December 18, 2019 |

|  |  |  |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 351 WAL 2021 |
|  | : |  |
| Respondent | : |  |
|  | : | Petition for Allowance of Appeal |
|  | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
|  | : | Superior Court at No. 100 WDA |
|  | : | 2020 entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : | **affirming** the Judgment of Sentence |
|  | : | of the Allegheny County Court of |
| Petitioner | : | Common Pleas at No. CP-02-CR- |
|  | : | 0013632-2018 entered on |
|  | : | December 18, 2019 |

|  |  |  |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 352 WAL 2021 |
|  | : |  |
| Respondent | : |  |
|  | : | Petition for Allowance of Appeal |
|  | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
|  | : | Superior Court at No. 101 WDA |

| | |
|---|---|
| GARRETT WILLIAM LUCAS, | : 2020 entered on August 13, 2021, |
| | : **affirming** the Judgment of Sentence |
| | : of the Allegheny County Court of |
| Petitioner | : Common Pleas at No. CP-02-CR- |
| | : 0001670-2013 entered on |
| | : December 18, 2019 |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 353 WAL 2021 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 102 WDA |
| | : 2020 entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : **affirming** the Judgment of Sentence |
| | : of the Allegheny County Court of |
| Petitioner | : Common Pleas at No. CP-02-CR- |
| | : 0001471-2013 entered on |
| | : December 18, 2019 |

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 354 WAL 2021 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 103 WDA |
| | : 2020 entered on August 13, 2021, |
| GARRETT WILLIAM LUCAS, | : **affirming** the Judgment of Sentence |
| | : of the Allegheny County Court of |
| Petitioner | : Common Pleas at No. CP-02-CR- |
| | : 0001623-2013 entered on |
| | : December 18, 2019 |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 6th day of July, 2023, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to

the Superior Court for further proceedings consistent with *Commonwealth v. Rosario*, 294

A.3d 338 2023 WL 3470869 (Pa. filed May 16, 2023).